FILED

06/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0171

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 21-0171

IN THE MATTER OF:

K.H.,

    A Youth in Need of Care.

## ORDER GRANTING EXTENSION OF TIME

    Upon consideration of Appellant's first motion for extension of time, and good cause appearing;

    IT IS HEREBY ORDERED that Appellant-Mother is granted an extension of time until July 29, 2021, to prepare, serve, and file her Opening Brief.

    No further extensions will be granted.

    Signed and dated as indicated below.

ORDER GRANTING EXTENSION OF TIME - 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 14 2021